CLAIRE HALL and
JAMES HALL,
     *Plaintiffs,*

          v.

SOUTH KINGSTOWN POLICE
DEPARTMENT, through the
Town Manager James Manni;
POLICE CHIEF MATTHEW C.
MOYNIHAN, POLICE OFFICER
MATTHEW WHITE and, POLICE
OFFICER ANTHONY SOUZA,
     *Defendants*.

C.A. No. 1:23-cv-00359-MSM-PAS

JURY TRIAL DEMANDED

### PLAINTIFF CLAIRE HALL AND JAMES HALL'S
### <u>MOTION FOR ENTRY OF DEFAULT</u>

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Claire Hall and

James Hall (collectively the "Halls") hereby move that the Clerk enter the default of Defendants

South Kingstown Police Department, Police Chief Matthew C. Moynihan, and Police Officers

Matthew White and Anthony Souza (collectively the "Defendants") for their failure to plead or

otherwise respond to the Complaint. In support of this motion, the Halls state as follows:

On August 31, 2023, the Halls filed their Complaint in the above-captioned action. *See*

**<u>Exhibit A</u>**, attached herein. On September 7, 2023, the Defendants were each served with a copy

of the Summons, Complaint and all other documents filed up to the date of service in the case. *See*

**<u>Exhibit B</u>**, attached herein.

Pursuant to Rule 12(a)(1)(A), Defendants had 21 days from the date of service, until

September 38, 2023, to answer or otherwise respond to the Complaint. That deadline has passed,

and Defendants have not appeared in this case, nor have answered or otherwise responded to the Complaint.

Entry of Default by the Clerk is specifically provided for by Rule 55(a) when a party against whom affirmative relief is sought has "failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise . . . ." Here, an entry of default is appropriate because Defendants have been properly served and have failed to answer or otherwise respond to the Complaint. For the foregoing reasons, the Halls request that this motion for entry of default be granted.

Date: October 3, 2023

Plaintiffs
CLAIRE HALL and JAMES HALL
By their Attorneys,

*/s/ Todd D. White*
Todd D. White (#5943)
Amanda L. Tramonte (#10587)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Email: twhite@apslaw.com
Email: atramonte@apslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 3, 2023, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

*/s/ Todd D. White*