**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Claire Hall, et al.
Plaintiff,
v.                                                    Case No.: 1:23−cv−00359−MSM−PAS

South Kingstown Police Department, et al.
Defendant.

**ENTRY OF DEFAULT**

      Upon consideration of the application for entry of default, default is hereby entered against South Kingstown Police Department, Anthony Souza, Matthew White, Matthew C. Moynihan in accordance with Fed. R. Civ. P. 55(a) and L.R. Cv 55(a).

October 4, 2023                                    By the Court:

                               /s/ Hanorah Tyer−Witek, Clerk of Court