UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Claire Hall, et al.
Plaintiffs,
v.                                                                  Case No.: 1:23−cv−00359−MSM−PAS

South Kingstown Police Department, et al.
Defendants.

**MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS SOUTH KINGSTOWN POLICE DEPARTMENT, ANTHONY SOUZA, MATTHEW WHITE, AND MATTHEW C. MOYNIHAN**

Now comes defendants, the South Kingstown Police Department, Anthony Souza, Matthew White, and Matthew Moynihan, and hereby moves pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the default entered on October 4, 2023, so that this matter may be answered and defended on the merits. The undersigned counsel has spoken to counsel for plaintiffs who has indicated that he does not intend to file an objection to this motion. Further, as grounds therefore, defendants rely upon the memorandum submitted herewith and incorporated by reference herein.

Defendants, by and through their attorney,

/s/ *Peter Skwirz*
Peter F. Skwirz #8809
Ursillo, Teitz, & Ritch, LTD
2 Williams Street
Providence, Rhode Island 02903
Tel: (401) 331-2222
Fax: (401) 751-5257

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th day of October, 2023, a true copy of within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent be email to all parties by operation of the Court's electronic filing system (Todd D. White, Esq., and Amanda L. Tramonte, Esq., Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903) and the filing is available for viewing and downloading from the Court's CM/ECF System.

/s/ *Peter Skwirz*

*S:\South Kingstown\Litigation\Claire Hall et al\Motion to set aside default.docx*