## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Claire Hall, et al.
Plaintiffs,
v.                                                         Case No.: 1:23−cv−00359−MSM−PAS

South Kingstown Police Department, et al.
Defendants.

### WITHDRAWAL OF APPEARANCE ON BEHALF OF DEFENDANTS SOUTH KINGSTOWN POLICE DEPARTMENT, ANTHONY SOUZA, MATTHEW WHITE, AND MATTHEW C. MOYNIHAN

Now comes the law firm, Ursillo Teitz & Ritch, LTD, and the undersigned legal counsel, Peter F. Skwirz and hereby withdraws his appearance on behalf of the defendants, South Kingstown Police Department, Anthony Souza, Matthew White, and Matthew C. Moynihan. As grounds therefore, alternative counsel, Melody Alger, Esq., #4585, has been selected and entered her appearance as successor counsel for these defendants and she will take over defense of this case.

/s/ *Peter Skwirz*
Peter F. Skwirz #8809
Ursillo, Teitz, & Ritch, LTD
2 Williams Street
Providence, Rhode Island 02903
Tel: (401) 331-2222
Fax: (401) 751-5257

### CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of October, 2023, a true copy of within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent be email to all parties by operation of the Court's electronic filing system (Todd D. White, Esq., and Amanda L. Tramonte, Esq., Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903, Melody A. Alger, Alger Law LLC) and the filing is available for viewing and downloading from the Court's CM/ECF System.

/s/ *Peter Skwirz*

S:\South Kingstown\Litigation\Claire Hall et al\PFS withdrawal of appearance.docx