## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

CLAIRE HALL and
JAMES HALL,

*Plaintiffs,*

v.

SOUTH KINGSTOWN POLICE
DEPARTMENT, through the
Town Manager James Manni;
POLICE CHIEF MATTHEW C.
MOYNIHAN, POLICE OFFICER
MATTHEW WHITE and, POLICE
OFFICER ANTHONY SOUZA,

*Defendants.*

C.A. No. 1:23-cv-00359-MSM-PAS

## <u>WITHDRAWAL OF APPEARANCE</u>

Please enter the Withdrawal of Appearance of Amanda L. Tramonte, Esq. on behalf of

Plaintiff's, Claire Hall and James Hall.

Plaintiffs
CLAIRE HALL and JAMES HALL
By their Attorneys,

*/s/ Amanda L. Tramonte*
Amanda L. Tramonte (#10587)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel:  401-274-7200
Fax: 401-351-4607
Email:  atramonte@apslaw.com

Date:  March 4, 2024

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 4, 2024, I electronically filed this document through the electronic filing system on the following party:

Melody A. Alger, Esq.
Alger Law LLC
1300 Division Road
Suite 206
West Warwick, RI  02893

*/s/ Amanda L. Tramonte*_____

2