CLAIRE HALL and
JAMES HALL,

          *Plaintiffs,*

v.

SOUTH KINGSTOWN POLICE
DEPARTMENT, through the
Town Manager James Manni;
POLICE CHIEF MATTHEW C.
MOYNIHAN, POLICE OFFICER
MATTHEW WHITE and, POLICE
OFFICER ANTHONY SOUZA,

          *Defendants.*

C.A. No. 1:23-cv-00359-MSM-PAS

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* REGARDING CERTAIN OPINIONS OF FRANK MANCINI

Plaintiffs Claire Hall ("Mrs. Hall") and James Hall ("Mr. Hall"), by and through undersigned counsel, hereby submit this Opposition to Defendants' Motion *in Limine* Regarding Certain Opinions of Frank Mancini and respectfully request that this Court deny Defendants' Motion *in Limine*.

For the Plaintiffs,
CLAIRE HALL and JAMES HALL
By their Attorney,

*/s/ Todd D. White*
Todd D. White (#5943)
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster St, 16th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Email: twhite@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on the following:

Melody A. Alger, Esq.
Alger Law LLC
1300 Division Road
Suite 206
West Warwick, RI 02893

*/s/ Todd D. White*