UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLAIRE HALL and
JAMES HALL,
   *Plaintiffs,*

       v.

SOUTH KINGSTOWN POLICE
DEPARTMENT, through the
Town Manager James Manni;
POLICE CHIEF MATTHEW C.
MOYNIHAN, POLICE OFFICER
MATTHEW WHITE and POLICE
OFFICER ANTHONY SOUZA*,*
   *Defendants*.

C.A. No.: 1:23-cv-00359-MSM-PAS

## **DISMISSAL STIPULATION**

   The undersigned parties hereby stipulate that this matter be dismissed with prejudice, no interest, no costs.

| | |
|---|---|
| Plaintiff,<br>By her attorney, | Defendants,<br>By their attorney, |
| /s/ Todd White. Esq._____ | \_/s/ Melody A. Alger, Esq_____ |
| Todd White, Esq. #5943 | Melody A. Alger, Esquire #4585 |
| ADLER POLLOCK & SHEEHAN | ALGER LAW, LLC |
| One Citizens Plaza, 8th Floor | 1300 Division Road, Ste. 206 |
| Providence, RI 02903 | West Warwick, RI 02893 |
| (401) 274-7200 | (401) 277-1090 |
| (401) 351-4607- Fax | (401) 277-1094 – Fax |
| twhite@apslaw.com | malger@algerlaw.com |

Dated: December 29, 2025